◼ In the Matter of FRANK A. TUCCI, JR., Respondent, v BOARD OF EDUCATION OF THE WASHINGTONVILLE CENTRAL SCHOOL DISTRICT, Appellant.—Judgment of the Supreme Court, Orange County, dated February 11, 1985, affirmed, with costs, for reasons stated by Justice Rubenfeld in his memorandum decision dated December 17, 1984. Bracken, J. P., Niehoff, Lawrence and Kunzeman, JJ., concur.

◼ In the Matter of TWA CARTING CORP., Petitioner, v MICHAEL LOGRANDE et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Town Board of the Town of Islip dated November 20, 1984, which, after a hearing, found that the petitioner had violated Islip Town Code §§ 21-2 (C) and 21-2 (D) prohibiting the disposal of solid waste generated outside the Town of Islip in the town waste-disposal system and imposed a one-month suspension of its permit to collect solid waste.

Determination confirmed and proceeding dismissed on the merits, with costs.

The determination is supported by substantial evidence, and a one-month suspension is not shocking to one's sense of fairness (see, Matter of Purdy v Kreisberg, 47 NY2d 354; Matter of Pell v Board of Educ., 34 NY2d 222).

We have examined the petitioner's further contentions and find them to be without merit. Mangano, J. P., Gibbons, Brown and Kooper, JJ., concur.